**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6195**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KAMAL CHARIF,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-90-445-A, CA-97-1603-AM)

―――――――――――

Submitted: October 8, 1998          Decided: October 23, 1998

―――――――――――

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Kamal Charif, Appellant Pro Se. Helen F. Fahey, United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kamal Charif seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A.§ 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Charif, Nos. CR-90-445-A; CA-97-1603-AM (E.D. Va. Dec. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2